JS-6

1  LAWRENCE J. HILTON (State Bar No. 156524)
       lhilton@oneil-llp.com
2  KATHLEEN A. DONAHUE (State Bar No. 294226)
       kdonahue@oneil-llp.com
3  O'NEIL LLP
   19900 MacArthur Boulevard
4  Suite 1050
   Irvine, California 92612
5  Telephone: (949) 798-0500
   Facsimile: (949) 798-0511
6
   Attorneys for Plaintiff
7  MAACO FRANCHISING, LLC

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MAACO FRANCHISING, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>       v.<br><br>KING COLLISION CENTER, a California corporation; SHAUN P. MOISE, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 14-cv-09754-CAS-PJW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41]** |

#161094 v1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION

1    **PURSUANT TO THE STIPULATION** by and between Plaintiff MAACO
2    FRANCHISING, LLC and Defendants KING COLLISION CENTER and SHAUN P.
3    MOISE for dismissal of this entire action with prejudice, this action is hereby dismissed
4    with prejudice.

6    **IT IS SO ORDERED.**

9    DATED:  January 26, 2016

         *Christina A. Snyder*
         CHRISTINA A. SNYDER
         UNITED STATES DISTRICT JUDGE

#161094 v1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION